

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00562-CV

Virley-Leroy **SESSION**,
Appellant

v.

**RIATA LAND ASSOCIATION HOMEOWNERS, INC.**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 21-2100-CV-E
Honorable Heather H. Wright, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED appellee Riata Land Association Homeowners, Inc. recover its costs of this appeal from appellant, Virley-Leroy Session.

SIGNED February 21, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice